```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 26682
    KIMBERLY L LEE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-0617


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 07/05/2005 and was confirmed 09/26/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.06%.

    The case was dismissed after confirmation 12/03/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
CHASE AUTOMOTIVE FINANCE  SECURED           17025.00       2016.89        8369.82
CHASE AUTOMOTIVE FINANCE  SPECIAL CLASS      3151.04            .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED           .00            .00
RISK MANAGEMENT ALTERNAT  NOTICE ONLY       NOT FILED           .00            .00
ADVENTIST HINSDALE HOSPI  UNSECURED         NOT FILED           .00            .00
AMERICAN FINANCIAL SERVI  UNSECURED         NOT FILED           .00            .00
AMERICREDIT               NOTICE ONLY       NOT FILED           .00            .00
VENGROFF & WILLIAMS ASSO  NOTICE ONLY       NOT FILED           .00            .00
AMERITECH                 UNSECURED         NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           839.49            .00            .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY       NOT FILED           .00            .00
BANKFIRST CARD CENTER     UNSECURED         NOT FILED           .00            .00
CAPITAL ONE               UNSECURED           489.64            .00            .00
VAN RU CREDIT             NOTICE ONLY       NOT FILED           .00            .00
CBE GROUP                 UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF   UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF   UNSECURED         NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED           .00            .00
HARVARD COLLECTION SERVI  NOTICE ONLY       NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS IN  NOTICE ONLY       NOT FILED           .00            .00
CTR PSYCHOLOGICAL DEVELO  UNSECURED         NOT FILED           .00            .00
JDT MEDICAL BILLING       NOTICE ONLY       NOT FILED           .00            .00
DUPAGE RADIOLOGISTS       UNSECURED         NOT FILED           .00            .00
ELMHURST MEMORIAL HOSPIT  UNSECURED         NOT FILED           .00            .00
EMERGENCY ROOM CARE PROV  UNSECURED         NOT FILED           .00            .00
HARRIS & HARRIS           UNSECURED         NOT FILED           .00            .00
HINSDALE HOSPITAL         UNSECURED         NOT FILED           .00            .00
NORTH AMERICAN CREDIT SE  NOTICE ONLY       NOT FILED           .00            .00
HOLY CROSS HOSPITAL       UNSECURED         NOT FILED           .00            .00
I C COLLECTION SERVICE    NOTICE ONLY       NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 26682 KIMBERLY L LEE
```

```
IC SYSTEMS INC             UNSECURED        NOT FILED              .00              .00
ASSET ACCEPTANCE CORP      UNSECURED           927.48              .00              .00
MACNEAL HOSPITAL           UNSECURED        NOT FILED              .00              .00
MALCOLM S GERALD & ASSOC   UNSECURED        NOT FILED              .00              .00
MCI                        UNSECURED        NOT FILED              .00              .00
HARVARD COLLECTION SERVI   NOTICE ONLY      NOT FILED              .00              .00
PENN CREDIT CORP           NOTICE ONLY      NOT FILED              .00              .00
MEDICAL BUSINESS OFFICE    UNSECURED        NOT FILED              .00              .00
WORLD FINANCIAL NETWORK    UNSECURED           708.95              .00              .00
WORLD FINANCIAL NETWORK    NOTICE ONLY      NOT FILED              .00              .00
NEWPORT NEWS               UNSECURED        NOT FILED              .00              .00
PLAZA ASSOCIATES           NOTICE ONLY      NOT FILED              .00              .00
NEXTEL                     UNSECURED        NOT FILED              .00              .00
GC SERVICES LP COLLECTIO   NOTICE ONLY      NOT FILED              .00              .00
PENTAGROUP FINANCIAL       NOTICE ONLY      NOT FILED              .00              .00
RISK MANAGEMENT ALTERNAT   NOTICE ONLY      NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          3547.17              .00              .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY      NOT FILED              .00              .00
POTFOLIO RECOVERY ASSOIC   NOTICE ONLY      NOT FILED              .00              .00
PROVIDIAN NATIONAL BANK    UNSECURED        NOT FILED              .00              .00
SHERMAN ACQUISTIONS LP     NOTICE ONLY      NOT FILED              .00              .00
ROOSEVELT UNIVERSITY NDS   UNSECURED        NOT FILED              .00              .00
ROSELAND COMMUNITY HOSPI   UNSECURED        NOT FILED              .00              .00
ST BERNARD HOSPITAL        UNSECURED        NOT FILED              .00              .00
ASSET ACCEPTANCE CORP      UNSECURED           249.34              .00              .00
CREDITORS DISCOUNT AUDIT   NOTICE ONLY      NOT FILED              .00              .00
LIMITED                    UNSECURED        NOT FILED              .00              .00
CBA COLLECTION BUREAU OF   NOTICE ONLY      NOT FILED              .00              .00
SUBURBAN LUNG ASSOCIATES   UNSECURED        NOT FILED              .00              .00
US DEPT OF EDUCATION       UNSECURED          1581.41              .00              .00
UNIVERSAL RADIOLOGY        UNSECURED        NOT FILED              .00              .00
KCA FINANCIAL SERVICES     NOTICE ONLY      NOT FILED              .00              .00
UNIVERSITY OF CHICAGO HO   UNSECURED        NOT FILED              .00              .00
ILLINOIS COLLECTION SERV   NOTICE ONLY      NOT FILED              .00              .00
VAN RU CREDIT              UNSECURED        NOT FILED              .00              .00
VILLAGE OF OAK BROOK       UNSECURED           100.00              .00              .00
OSI COLLECTION SERVICES    NOTICE ONLY      NOT FILED              .00              .00
VILLAGE OF SUMMIT          UNSECURED        NOT FILED              .00              .00
CONSUMER CREDIT SERVICES   NOTICE ONLY      NOT FILED              .00              .00
WALGREENS                  UNSECURED        NOT FILED              .00              .00
WATERMARK PHYSICIAN SERV   UNSECURED        NOT FILED              .00              .00
AMERICREDIT FINANCIAL SV   UNSECURED          9832.88              .00              .00
CAPITAL ONE                UNSECURED           882.14              .00              .00
VENGROFF & WILLIAMS ASSO   UNSECURED          9832.88              .00              .00
TIMOTHY K LIOU             DEBTOR ATTY        2,376.70                         2,376.70
TOM VAUGHN                 TRUSTEE                                               737.59
DEBTOR REFUND              REFUND                                                260.00
```

        Summary of Receipts and Disbursements:

                    PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 26682 KIMBERLY L LEE

```
-------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  13,761.00

PRIORITY                                              .00
SECURED                                          8,369.82
    INTEREST                                     2,016.89
UNSECURED                                             .00
ADMINISTRATIVE                                   2,376.70
TRUSTEE COMPENSATION                               737.59
DEBTOR REFUND                                      260.00
                         ---------------    ---------------
TOTALS                   13,761.00               13,761.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/26/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE